COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:    *Jeremy Thomas v. The State of Texas*

Appellate case number:   01-11-00258-CR

Trial court case number:  1284896

Trial court:                      177th District Court, Harris County, Texas

Appellant, Jeremy Thomas, was convicted of murder in the above-captioned case. After he filed a notice of appeal concerning the judgment of conviction, the trial court granted his motion for new trial. Appellee, the State of Texas, appealed the order granting a new trial, and that appeal was assigned appellate cause number 01-11-00500-CR.

On December 20, 2012, in cause number 01-11-00500-CR, this Court reversed the order of the trial court granting Thomas's motion for new trial and ordered that the judgment of conviction and the sentence be reinstated. We simultaneously issued an order, in the above-captioned cause number, ordering that if Thomas desires to pursue his appeal from the judgment of conviction, his appellate brief will be due 30 days from the date our mandate in cause number 01-11-00500-CR issues, and the State's appellate brief will be due 30 days from the date that Thomas's brief is filed.

On March 8, 2013, Thomas filed a petition for discretionary review ("PDR") with the Court of Criminal Appeals in cause number 01-11-00500-CR. Accordingly, we **abate** the appeal in cause number 01-11-00258-CR while Thomas's PDR is pending in cause number 01-11-00500-CR.

The appeal in cause number 01-11-00258-CR is abated, treated as a closed case, and removed from this Court's active docket. It will be reinstated when the Court of Criminal Appeals finally disposes of Thomas's PDR and our mandate in cause number 01-11-00500-CR issues. The Court will also consider an appropriate motion to reinstate the appeal filed by either party.

It is so ORDERED.

Judge's signature:  /s/ Evelyn V. Keyes

☑ Acting individually    ☐ Acting for the Court


Date:  April 11, 2013